**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2175**

_____

HARRIETT WILLIAMS,

        Plaintiff - Appellant,

    v.

MONTGOMERY LAW FIRM,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Senior District Judge. (3:24-cv-00768-FDW-SCR)

_____

Submitted: February 5, 2025                        Decided: March 18, 2025

_____

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Harriett Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harriett Williams seeks to appeal the district court's order dismissing her civil complaint without prejudice for lack of subject matter jurisdiction. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on September 19, 2024, and the appeal period expired on October 21, 2024. Williams filed the notice of appeal on November 22, 2024. Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2